David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Cindy F. Ebert*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cindy F. Ebert,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STUART-LIPPMAN & ASSOCIATES INC; BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　　Defendants. | **Case No. 2:16-cv-00795-RFB-VCF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, NATIONAL ASSOCIATION ONLY** |

　　　Plaintiff Cindy F. Ebert and Bank of America, National Association hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

Page **1** of **2**

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, National Association**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:             August 29, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Vatana Lay, Esq. |
| David H. Krieger, Esq. | Vatana Lay, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 12993 |
| HAINES & KRIEGER, LLC | Akerman LLP |
| 8985 S. Eastern Avenue | 1160 Town Center Drive |
| Suite 350 | Suite 330 |
| Henderson, Nevada 89123 | Las Vegas, NV 89144 |
| *Attorney for Plaintiff* | *Attorney for Defendant Bank of America, National Association* |

### **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:   September 5, 2016.